Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 2 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:23-CR-2071-MKD |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2251(a), (e)<br>Production and Attempted<br>Production of Child Pornography<br>(Counts 1, 3, 5, 7, 9 and 11) |
| BRYAN CHRISTOPHER STEVENSON, | |
| Defendant. | 18 U.S.C. § 2422(b):<br>Enticement and Attempted<br>Enticement of a Minor<br>(Counts 2, 4, 6, 8, 10, 12, 13 and 14) |
| | 18 U.S.C. § 2252A(a)(5)(B), (b)(2)<br>Possession of Child Pornography<br>(Count 15) |
| | 18 U.S.C. § 2253, 18 U.S.C. § 2428<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about July 5, 2021 and on or about August 14, 2021, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER

INDICTMENT – 1

STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 1, a child born in 2004, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 2

Between on or about July 5, 2021 and on or about August 14, 2021, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 1, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

COUNT 3

Between on or about April 6, 2022 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 2, a child born in 2006, to engage in sexually explicit conduct, as defined in

INDICTMENT – 2

18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

Between on or about April 6, 2022 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 2, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

## COUNT 5

Between on or about September 25, 2020 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 3, a child born in 2007, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such

INDICTMENT – 3

visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 6

Between on or about September 25, 2020 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 3, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

## COUNT 7

Between on or about September 13, 2020 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 4, a child born in 2007, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and

foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 8

Between on or about September 13, 2020 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 4, an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

COUNT 9

Between on or about March 27, 2021 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 5, a child born in 2007, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate

and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 10

Between on or about March 27, 2021 and on or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 5, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

COUNT 11

Between on or about October 23, 2020 and on or about December 10, 2021, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 6, a child born in 2007, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was actually transported and transmitted, using any means and facility of

INDICTMENT – 6

interstate and foreign commerce, and in and affecting interstate and foreign commerce, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 12

Between on or about October 23, 2020 and on or about December 10, 2021, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 6, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

## COUNT 13

Between on or about September 28, 2020 and on or about October 10, 2020, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 7, an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

## COUNT 14

Between on or about May 28, 2020 and on or about December 25, 2020, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, to persuade, induce, entice and coerce Minor 8, an individual who had not attained the age of 18

INDICTMENT – 7

years, to engage in any sexual activity for which any person could be charged with an offense, including 18 U.S.C. § 2251(a), (e) Production of Child Pornography, and did attempt to do the same, in violation of 18 U.S.C. § 2422(b).

### COUNT 15

On or about August 30, 2022, within the Eastern District of Washington, the Defendant, BRYAN CHRISTOPHER STEVENSON, did knowingly possess material that contained one or more images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense or offenses in violation of 18 U.S.C. § 2251(a), (e); and/or 18 U.S.C. § 2252A(a)(5)(B), (b)(2), as set forth in this Indictment, the Defendant, BRYAN CHRISTOPHER STEVENSON, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in

INDICTMENT – 8

violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including, but not limited to:

- an Apple iPad, serial number DMRZ76RJMF3M.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense(s) in violation of 18 U.S.C. § 2422(b), as set forth this Indictment, the Defendant, BRYAN CHRISTOPHER STEVENSON, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s), including, but not limited to:

- an Apple iPad, serial number DMRZ76RJMF3M

DATED this 12th day of December, 2023.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 9