**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br>                               Plaintiff,<br>-vs-<br>BRYAN CHRISTOPHER STEVENSON,<br>                              Defendant. | Case No.     1:23-CR-02071-MKD<br>**CRIMINAL MINUTES**<br>DATE:     JUNE 2, 2025<br>LOCATION:     YAKIMA<br>**SENTENCING HEARING** |

| **Honorable Mary K. Dimke** | | |
|---|---|---|
| Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Jennifer Barnes |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**    Carrie Valencia | | |

    **[ X ]  Open Court**          **[  ]  Chambers**          **[  ]  Video Conference**

Defendant present in custody of the US Marshal.

Counsel confirmed they are ready to proceed to sentencing.

Ms. Barnes confirmed she has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant does not have any pending objections.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court as filed.

The Court accepted the Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing.

Mr. Murphy provided sentencing recommendations on behalf of the United States.

Two mothers of victims addressed the Court.

Ms. Barnes provided sentencing recommendations and comments on behalf of Defendant.

Defendant addressed the Court on his own behalf.

The Court addressed Defendant and imposed sentence:

- **Imprisonment**: 270 months as to Counts 2, 4, 6, 8, 10, 12, 13, 14, and 240 months as to Count 15, to all run concurrently. The Court recommends placement at FCI Englewood.

## [X]  ORDER FORTHCOMING

| **CONVENED:**   1:35 P.M. | **ADJOURNED:**   2:25 P.M. | **TIME:**   0:50 HR. | **CALENDARED**   [ ] |
|---|---|---|---|

*USA -vs- STEVENSON*  
1:23-CR-02071-MKD  
Sentencing Hearing

June 2, 2025  
Page 2

- **Supervised Release**: 10 years on mandatory, standard, and special conditions listed in the Presentence Investigation Report. Ms. Barnes waived reading of the conditions on behalf of Defendant.

- **Fine**: waived

- **Special Penalty Assessment**: $900 total ($100 per count)

- **Restitution**: none requested

- **JVTA and AVAA Assessments**: waived

Mr. Murphy moved to dismiss all remaining counts.  
**Court**: GRANTED

Ms. Barnes indicated the defendant does not object to entry of the proposed Final Order of Forfeiture submitted by the United States.

Appeal rights waived pursuant to plea agreement.