FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN CHRISTOPHER STEVENSON,<br><br>Defendant. | No.  1:23-CR-02071-MKD<br><br>**ORDER ACCEPTING PLEA AGREEMENT** |

On June 02, 2025, the Court conducted a sentencing hearing in the above-captioned matter.  Assistant U.S. Attorney Michael Murphy appeared on behalf of the United States.  Defendant was present, represented by Jennifer Barnes.  The Court previously found Defendant's plea of guilty to Counts 2, 4, 6, 8, 10, 12, 13, 14, and 15 of the Indictment to be knowing, intelligent, and voluntary and not induced by fear, coercion, or ignorance, ECF No. 48.  After reviewing the presentence investigation report and hearing from counsel, the Court **ACCEPTS** the parties' Rule 11(c)(1)(C) plea agreement and sentences Defendant consistent with the agreement.

///

///

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

DATED June 3, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2